**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

METROPCS INC., a Delaware Corporation

    Plaintiff,

    v.

THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA and THE BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO,

    Defendants.
_____/

No. C 02-3442 PJH

**ORDER**

    The court is in receipt of defendants' Notice of Motion and Motion to Shorten Time for Hearing on Defendants' Motion for Protective Order. Defendants have requested a hearing date of December 14, 2005 on which to move for an order shortening time as to a hearing on defendants' motion for protective order.

    The court declines defendants' request for a December 14, 2005 hearing date, and further declines to hear defendants' request for an order shortening time in open court. The court will, however, consider the merits of defendants' motion for a protective order, and will rule on the papers.

    Plaintiff has not yet filed any opposition to defendants' motion. If plaintiff wishes to oppose defendants' motion, it shall file an opposition no later than Tuesday, December 13, 2005.

**IT IS SO ORDERED.**

Dated: December 9, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge